FILED

2024 OCT 29 PM 11: 09

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: mmc

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | MJ 24-06575 |
| v. | 24-MJ-585 |
| WILLIAM CARRILLO SILVA | |
| DEFENDANT(S). | DECLARATION RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: Federal Bureau of Investigation
in the Eastern District of New York on 10/21/2024
at ____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 10/21/2024
in violation of Title 18 U.S.C., Section(s) 371 & 2113(b)
to wit: Conspiracy to Commit Bank Larceny

A warrant for defendant's arrest was issued by: US Magistrate Judge Cheryl Pollak

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): A copy of the arrest warrant will be provided

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/29/24
                Date

/s/ [Signature]
**Signature of Agent**

Cristofer Schiavone
**Print Name of Agent**

NYPD / FBI C-19
**Agency**

Detective / TFO
**Title**

CR-52 (03/20)   DECLARATION RE OUT-OF-DISTRICT WARRANT