

FILED
CLERK, U.S. DISTRICT COURT

OCT 2 9 2024

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 24-MJ-6575 |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | |
| WILLIAM CARRILLO SILVA, | |
| Defendant. | |

I.

On October 29, 2024, Defendant William Carrillo Silva made his initial appearance in this district on the criminal complaint filed in the Eastern District of New York. Humberto Diaz, a member of the indigent defense panel, was appointed to represent Defendant. The government was represented by Assistant United States Attorney William Larsen. A detention hearing was held.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also

considered the information presented at the hearing, the arguments of counsel, and the report and recommendation prepared by U.S. Probation and Pretrial Services.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ Defendant has family ties to Mexico – his parents currently live there and while Defendant is a lawful permanent resident in the U.S., he is a citizen of Mexico and possesses a Mexican passport.

As to danger to the community:

☒ Allegations in the criminal complaint involve a conspiracy with others to commit larceny from federally insured banks by damage, and unauthorized access, to ATM machines to commit transaction reversal fraud and obtain funds.

☒ At the time of arrest, Defendant was in possession of fifteen loaded firearms at his home that were not registered to him, including ghost guns and firearms with obliterated serial numbers, and were in locations easily accessible to children.

☒ Defendant is alleged to be a MS-13 gang member.

## V.

IT IS THEREFORE ORDERED that the defendant be detained until trial and transported to the United States District Court for the Eastern District of New York for further proceedings.

<u>The Court directed both government counsel and defendant's counsel to follow up with government counsel in the charging district regarding Defendant's transportation to, and arrival in, the charging district for his next appearance.</u>

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: October 29, 2024

/s/
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

3