1   E. MARTIN ESTRADA
    United States Attorney
2   MACK E. JENKINS
    Assistant United States Attorney
3   Chief, Criminal Division
    WILLIAM LARSEN (Cal. Bar No. 314091)
4   Assistant United States Attorney
    General Crimes Section
5        1200 United States Courthouse
         312 North Spring Street
6        Los Angeles, California 90012
         Telephone: (213) 894-0298
7        Facsimile: (213) 894-6269
         Email:    william.larsen@usdoj.gov
8
    Attorneys for Plaintiff
9   UNITED STATES OF AMERICA

10                  UNITED STATES DISTRICT COURT

11               FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          No. 2:24-mj-6575-DUTY

13            Plaintiff,               UNOPPOSED EX PARTE APPLICATION TO
                                       CONTINUE PRELIMINARY HEARING,
14            v.                       IDENTITY HEARING, AND ARRIVAL OF
                                       PROCESS
15  WILLIAM CARILLO SILVA,

16            Defendant.

17

18       Plaintiff, the United States of America, by and through its

19  counsel of record, Assistant United States Attorney William Larsen,

20  hereby submits this ex parte application to continue the preliminary

21  hearing, identity hearing, and arrival of process hearing currently

22  set in this case for November 4, 2024, at 9:00 a.m.  The parties

23  request a date after November 7, 2024.  This ex parte application is

24  supported by the attached declaration of William Larsen.  Counsel

25  for the government has conferred with counsel for defendant, who

26

27

28

does not oppose this application.

Dated: November 1, 2024          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


*/s/*
WILLIAM LARSEN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

**DECLARATION OF WILLIAM LARSEN**

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I am assigned to represent the government in this case.

2.    On October 29, 2024, defendant appeared before the duty magistrate judge for an initial appearance.  Defendant declined to waive preliminary hearing, an identity hearing, and arrival of process.  The Court set a date for all three hearings for November 4, 2024, subject to the government confirming whether that date would provide sufficient time to prepare given the out-of-state agents and investigation of this case.

3.    After conferring with the out-of-district AUSAs, the government requests additional time to prepare for the hearings and to have an agent available.  The government requests a hearing date on or after November 7, 2024.

4.    I understand that the AUSAs from the Eastern District of New York conferred with defense counsel, who indicated that he maintains his request for these hearings and does not oppose continuing them.  I understand defense counsel indicated that he preferred to set all three hearings on November 12, 2024, subject to the Court's availability.

5.    I conferred with defense counsel by phone on November 1, 2024.  Defense counsel indicated he did not oppose this ex parte application to continue the hearing date.

/s/
WILLIAM LARSEN
Assistant United States Attorney

3