E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
WILLIAM LARSEN (Cal. Bar No. 314091)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0298
     Facsimile: (213) 894-6269
     Email:    william.larsen@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-mj-6575-DUTY |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING, IDENTITY HEARING, AND ARRIVAL OF PROCESS |
| v. | |
| WILLIAM CARILLO SILVA, | |
| Defendant. | |

IT IS HEREBY ORDERED THAT:

The preliminary hearing, identity hearing, and arrival of process hearings set in this case are hereby continued to _____, 2024, at _____.

DATED: _____

                                        _____
                                        HONORABLE JACQUELINE CHOOLJIAN
                                        UNITED STATES MAGISTRATE JUDGE