## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | MJ24-06575 |
| Date | November 5, 2024 |

Present: The Honorable **Alka Sagar, United States Magistrate Judge**

Interpreter: None

| Alma Felix | Not Recorded | William Larsen |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| William Carrillo Silva | | X | | Humberto Diaz | | | X |

**Proceedings:**   **(In Chambers) Waiver of Rights**

On October 29, 2024, Defendant William Carrillo Silva made his initial appearance in this district on the criminal complaint filed in the Eastern District of New York. At Defendant's request, an identity hearing, arrival of process, and preliminary hearing was scheduled for November 4, 2024 and subsequently continued to November 7, 2024. (Dkt. Nos. 10-11). On November 4, 2024, the Court received a signed waiver of rights - (form M-14) - from Defendant, dated November 2, 2024, indicating that Defendant is waiving his right to an identity hearing, arrival of process and a preliminary hearing. The form is also signed by Defendant's counsel, Humberto Diaz. The Court accepts the waiver, finding that Defendant has been advised of his right to an identity hearing, arrival of process and preliminary hearing, and has knowingly waived these rights after consulting with counsel. The Court accepts and signs the waiver. Defendant is held to answer in the Eastern District of New York, and the United States Marshal is directed to transport Defendant to the Eastern District of New York for further proceedings. A Final Commitment and Warrant of Removal shall be issued.

The matter scheduled for **November 7, 2024 at 11:00 a.m.** is taken off calendar.

**IT IS SO ORDERED**.

Initials of Deputy Clerk   AF